**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

BHAVIN CHAUHAN,

Plaintiff,

v.

AMAZON.COM SERVICES LLC; AMAZON WEB SERVICES, INC.; AMAZON.COM, INC.; AMOGHA SUBRAMANYA D A; VINAY CHOPRA; and ANNELISE NEWMAN,

Defendants.

No. 2:26-cv-01596-TL

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

The Court has considered Plaintiff's Motion for Reconsideration of Dkt. 43 Minute Order, the record, and the applicable law.

Upon reconsideration, and for good cause shown, Plaintiff's Motion for Reconsideration is GRANTED.

Plaintiff's Motion to Extend the Rule 15(a)(1)(B) Deadline, Dkt. 41, is GRANTED as set forth below.

Plaintiff may file a First Amended Complaint no later than twenty-one (21) days after entry of this Order, or by any other date set by the Court.

IT IS SO ORDERED.

DATED this _____ day of ____________________, 2026.

______________________________
Hon. Tana Lin
United States District Judge

Presented by:

/s/ Bhavin Chauhan
Bhavin Chauhan
Plaintiff Pro Se